```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/2/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES KALENDAR, on behalf of
herself and all others similarly situated,

                Plaintiffs,

-against-

BUTTER LONDON, LLC,

                Defendant.

20 Civ. 3409 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 11, 2020, the Court directed the parties to submit a joint letter and proposed case management plan by July 1, 2020. ECF No. 7. That submission is now overdue. The parties are hereby ORDERED to file a joint letter and proposed case management plan by **July 6, 2020**.

    SO ORDERED.

Dated: July 2, 2020
       New York, New York

                                      ANALISA TORRES
                                    United States District Judge