# jackson|lewis.

Representing Manageme[nt]

Jackson Lewis P.C.
44 South Broadway
14ᵗʰ Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

ALBANY, [
ALBUQUE[
ATLANTA
AUSTIN, T
BALTIMO[
BIRMINGI
BOSTON, .
CHICAGO
CINCINN/
CLEVELA[
DALLAS, T
DAYTON, OH       MEMPHIS, TN       PITTSBURGH, PA       TAMPA, FL
DENVER, CO        MIAMI, FL           PORTLAND, OR         WASHINGTON DC REGION
DETROIT, MI        MILWAUKEE, WI    PORTSMOUTH, NH     WHITE PLAINS, NY
GRAND RAPIDS, MI

* through an affiliation with Jackson Lewis P.C., a Law Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/4/2020___

DIRECT DIAL: (914) 872-6893
EMAIL ADDRESS: REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

July 2, 2020

**VIA ECF & Via Torres_NYSDCHAMBERS@nysd.uscourts.gov**
The Honorable Analisa Torres
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Frances Kalender v. BLWD LLC
      Case No. 20-cv-03409-AT**

Dear Judge Torres:

This firm represents BLWD LLC, the entity that was voluntarily dismissed from the above-referenced matter. This firm has not yet been retained to represent the defendant named in the Amended Complaint. Although we anticipate we will be retained in the near future, we are not able to make any submissions on behalf of the newly named defendant, nor are we able to appear on their behalf at the conference scheduled for July 8, 2020.

Accordingly, we respectfully request an adjournment of the July 8, 2020 conference and the July 6, 2020 discovery submission until after we are able to file a notice of appearance on behalf of the defendant named in the Amended Complaint.

Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

GRANTED. The initial pretrial conference scheduled for July 8, 2020, is ADJOURNED to **August 26, 2020**, at **11:00 a.m.** The conference will be held telephonically, and the parties are directed to use the dial-in previously provided. *See* ECF No. 7. By **August 19, 2020**, the parties shall submit their joint letter and proposed case management plan.

By: */s/ Rebecca M. McCloskey*
      Rebecca M. McCloskey

SO ORDERED.

Dated: July 4, 2020
      New York, New York

**ANALISA TORRES
United States District Judge**